that Francisco Valencia committed the crime of sexual abuse of a minor by engaging in a sexual act with his minor cousin, Buffy Y. *United States v. Carranza,* 289 F.3d 634, 641–42 (9th Cir.2002).

Next, the district court did not abuse its discretion in excluding certain evidence about the relationship between Buffy and her mother, or an alleged conversation between Buffy and her mother regarding a false sexual abuse allegation against Buffy's father in an unrelated prior incident. *United States v. Payne,* 944 F.2d 1458, 1469 (9th Cir.1991). We conclude that Valencia's Sixth Amendment right was not violated. *Lilly v. Virginia,* 527 U.S. 116, 136–37, 119 S.Ct. 1887, 144 L.Ed.2d 117 (1999).

The district court is AFFIRMED.

**MEMORANDUM** *

This is an interlocutory appeal from the district court's pretrial restraining order of certain real property (Lot 10) of defendant Patrick Cannon. On July 17, 2002, the district court adopted in full the magistrate judge's findings and recommendation to grant the government's motion for entry of a restraining order with respect to Lot 10. Because the government's motion to restrain property provided sufficient details of the restraint sought and the recommendation to grant the motion was adopted in its entirety by the district court, we have appellate jurisdiction of the district court's order under 28 U.S.C. § 1292(a)(1).

For the reasons set forth in the magistrate judge's findings and recommendation, which were adopted by the district court, we affirm the order of the district court.

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Patrick O'Malley CANNON,**
**Defendant—Appellant.**

No. 02–30240.

D.C. No. CR–96–00097–EJL.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 3, 2003.

Decided June 13, 2003.

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Marco ALCAZAR, Defendant—**
**Appellant.**

No. 02–55157.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 3, 2003.

Decided June 13, 2003.

Before HUG, B. FLETCHER, and McKEOWN, Circuit Judges.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.